



PLAINTIFF'S COMPLAINT - EXHIBIT A



PLAINTIFF'S COMPLAINT - EXHIBIT A