IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| REZA RAHMATPOUR, | CV 22–79–M–DLC–KLD |
| Plaintiff, | |
| vs. | ORDER |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Before the Court is the parties' Joint Stipulation for Dismissal with Prejudice. (Doc. 24.) The stipulation states that this matter may be dismissed with prejudice as fully satisfied upon its merits, with each party bearing its own costs and attorneys' fees. (*Id.* at 1.)

Accordingly, IT IS ORDERED pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this action is DISMISSED with prejudice. The Clerk of Court is directed to close the case file.

DATED this 20th day of July, 2023.

_____
Dana L. Christensen, District Judge
United States District Court